IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LENNY SHORT, :
:
    Plaintiff, : CIVIL NO. 4:10-CV-2451
:
v. : Hon. John E. Jones III
:
CURTIS A. WILLIAMS, *et al.*, :
:
    Defendants. :

## **MEMORANDUM**

February 14, 2011

**THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:**

On November 30, 2010, Plaintiff Lenny Short ("Plaintiff" or "Short"), an inmate presently confined at the Huntingdon State Correctional Institution ("SCI Huntingdon") in Huntingdon, Pennsylvania, initiated the above action *pro se* by filing a Complaint under the provisions of 42 U.S.C. § 1983. (Doc. 1.)

After screening the Complaint under the provisions of 28 U.S.C. § 1915, we determined that the Complaint failed to state a claim upon which relief may be granted. Therefore, in a Memorandum and Order dated January 14, 2011, we granted Short's request for *in forma pauperis* status, his claims against "Trojan Boiler Incorporation" were dismissed with prejudice, and his remaining claims were dismissed without prejudice to his ability to file an amended complaint on or before

February 7, 2011 as specified in our Memorandum. (Doc. 7.) Short specifically was forewarned that his failure to file an amended complaint as directed within the required time would result in the dismissal of this action. (*See id.*)

Although the deadline for filing his amended complaint has passed, Short neither has filed an amended complaint nor requested an extension of time in which to do so. Accordingly, this action will be dismissed. An appropriate Order will enter on today's date.